■ JERRY WILLIAMS et al., Appellants, v SYOSSET FIRE DISTRICT et al., Respondents. [777 NYS2d 680]—In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Nassau County (Galasso, J.), dated June 9, 2003, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is reversed, on the law, with costs, the motion is denied, and the complaint is reinstated.

There are issues of fact requiring the denial of summary judgment. Florio, J.P., Schmidt, Adams and Fisher, JJ., concur.